**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| KENNETH KUBE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| NORTH EASTERN ASSET RECOVERY, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

COMES NOW Plaintiff, KENNETH KUBE ("Plaintiff"), through his attorneys, KROHN &

MOSS, LTD., alleges the following against Defendant, NORTH EASTERN ASSET RECOVERY,

INC. ("Defendant"):

**INTRODUCTION**

1.      Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C.

1692 *et seq*. (FDCPA).

2.      Defendant acted through its agents, employees, officers, members, directors, heirs,

successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**JURISDICTION AND VENUE**

3.      Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that

such actions may be brought and heard before "any appropriate United States district court without

regard to the amount in controversy."

4.      Defendant conducts business in the state of Illinois, and therefore, personal

jurisdiction is established.

5.      Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

6.      Plaintiff is a natural person residing in Joliet, Will County, Illinois, and is obligated or allegedly obligated to pay a debt and is a "consumer" as that term is defined by 15 U.S.C. 1692a(3).

7.      Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

8.      Defendant is a corporation located in Hawthorne, New York.

9.      Defendant is a collection agency that in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

10.      Defendant is attempting to collect from Plaintiff on a debt allegedly owed to Allied Anesthesiologists.

11.      Since December 8, 2009, Defendant has been placing collection calls to Plaintiff from 914-593-1600.  When Plaintiff answers the phone, there is only silence and "dead air."

12.      Since calls began, Plaintiff has received dozens of calls per month, every month, including at least fourteen calls as recently as April of 2011. *See* call log attached as "Exhibit A" hereto.

13.      In or around early April of 2011, Plaintiff informed Defendant that he us unable to pay and requested Defendant to stop the calls.

14.      Despite Plaintiff's requests that calls cease, Defendant continues to call Plaintiff, with the same frequency as aforementioned.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

15.     Defendant violated the FDCPA based on the following:

    a.  Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse Plaintiff; and

    b.  Defendant violated §1692d(5) of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

    c.  Defendant violated §1692d(6) of the FDCPA by placing phone calls without meaningful disclosure of the caller's identity.

WHEREFORE, Plaintiff, KENNETH KUBE, respectfully requests judgment be entered against Defendant, NORTH EASTERN ASSET RECOVERY, INC., for the following:

16. Statutory damages of $1,000.00, pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*;

17. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*; and

18. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

By: /s/ Adam T. Hill
Adam T. Hill
KROHN & MOSS, LTD.
120 W. Madison Street, 10th Floor
Chicago, IL 60602
(312) 578-9428
ahill@consumerlawcenter.com
Attorneys for Plaintiff

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, KENNETH KUBE, demands a jury trial in this

case.

case.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

(STATE OF ILLINOIS

COUNTY OF WILL)

Plaintiff, KENNETH KUBE, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, KENNETH KUBE, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

5/3/11
_____
Date

_____
KENNETH KUBE

4