# Calls from North Eastern Asset Recovery

```
1757 Dec 08, 2009 "Northeastern AS" 914-593-1600
1828 Dec 09 "Northeastern AS" 914-593-1600
1400 Dec 10 "Northeastern AS" 914-593-1600
1827 Dec 10 "Northeastern AS" 914-593-1600
0940 Dec 11 "Northeastern AS" 914-593-1600
1340 Dec 11 "Northeastern AS" 914-593-1600
0844 Dec 12 "Northeastern AS" 914-593-1600
1733 Dec 14 "Northeastern AS" 914-593-1600
1400 Dec 15 "Northeastern AS" 914-593-1600
1740 Dec 15 "Northeastern AS" 914-593-1600
1036 Jan 07, 2010 "Northeastern AS" 914-593-1600
1522 Jan 11 "Northeastern AS" 914-593-1600
1839 Jan 11 "Northeastern AS" 914-593-1600
1052 Jan 18 "Northeastern AS" 914-593-1600
1755 Jan 18 "Northeastern AS" 914-593-1600
1146 Jan 21 "Northeastern AS" 914-593-1600
1621 Feb 04 "Northeastern AS" 914-593-1600
1159 Feb 05 "Northeastern AS" 914-593-1600
1612 Feb 08 "Northeastern AS" 914-593-1600
1209 Feb 09 "Northeastern AS" 914-593-1600
1108 Feb 11 "Northeastern AS" 914-593-1600
1102 Feb 15 "Northeastern AS" 914-593-1600
1140 Feb 17 "Northeastern AS" 914-593-1600
1141 Feb 23 "Northeastern AS" 914-593-1600
1204 Mar 03 "Northeastern AS" 914-593-1600
1111 Mar 08 "Northeastern AS" 914-593-1600
1700 Mar 09 "Northeastern AS" 914-593-1600
1634 Mar 10 "Northeastern AS" 914-593-1600
1146 Apr 09 "Northeastern AS" 914-593-1600
1250 Sept 13 "North Eastern A" 914-593-1600
1126 Sept 14 "North Eastern A" 914-593-1600
1148 Sept 15 "North Eastern A" 914-593-1600
1038 Sept 16 "North Eastern A" 914-593-1600
1014 Sept 17 "North Eastern A" 914-593-1600
1623 Sept 20 "North Eastern A" 914-593-1600
1117 Sept 21 "North Eastern A" 914-593-1600
1025 Sept 23 "North Eastern A" 914-593-1600
1141 Sept 28 "North Eastern A" 914-593-1600
1124 Sept 29 "North Eastern A" 914-593-1600
1206 Sept 30 "North Eastern A" 914-593-1600
1141 Oct 04 "North Eastern A" 914-593-1600
1119 Oct 05 "North Eastern A" 914-593-1600
1129 Oct 07 "North Eastern A" 914-593-1600
1148 Oct 11 "North Eastern A" 914-593-1600
1112 Oct 13 "North Eastern A" 914-593-1600
1115 Oct 14 "North Eastern A" 914-593-1600
1125 Oct 18 "North Eastern A" 914-593-1600
1108 Oct 19 "North Eastern A" 914-593-1600
1118 Oct 20 "North Eastern A" 914-593-1600
1548 Oct 21 "North Eastern A" 914-593-1600
1154 Oct 25 "North Eastern A" 914-593-1600
1518 Oct 27 "North Eastern A" 914-593-1600
1556 Nov 01 "North Eastern A" 914-593-1600
1047 Nov 02 "North Eastern A" 914-593-1600
1002 Nov 03 "North Eastern A" 914-593-1600
1521 Nov 09 "North Eastern A" 914-593-1600
1123 Nov 10 "North Eastern A" 914-593-1600
1514 Nov 16 "North Eastern A" 914-593-1600
1551 Nov 17 "North Eastern A" 914-593-1600
```

**EXHIBIT "A"**

```
1610 Nov 23 "North Eastern A" 914-593-1600
1615 Nov 29 "North Eastern A" 914-593-1600
1611 Dec 01 "North Eastern A" 914-593-1600
1632 Dec 02 "North Eastern A" 914-593-1600
1612 Dec 06 "North Eastern A" 914-593-1600
1106 Dec 08 "North Eastern A" 914-593-1600
1627 Dec 13 "North Eastern A" 914-593-1600
1055 Dec 14 "North Eastern A" 914-593-1600
1107 Dec 16 "North Eastern A" 914-593-1600
1254 Dec 17 "North Eastern A" 914-593-1600
1221 Dec 20 "North Eastern A" 914-593-1600
1014 Dec 21 "North Eastern A" 914-593-1600
1208 Dec 22 "North Eastern A" 914-593-1600
1900 Dec 23 "North Eastern A" 914-593-1600
1333 Dec 28 "North Eastern A" 914-593-1600
1429 Dec 29 "North Eastern A" 914-593-1600
1133 Dec 30 "North Eastern A" 914-593-1600
1017 Jan 03, 2011 "North Eastern A" 914-593-1600
1856 Jan 03 "North Eastern A" 914-593-1600
1403 Jan 04 "North Eastern A" 914-593-1600
1359 Jan 05 "North Eastern A" 914-593-1600
1000 Jan 06 "North Eastern A" 914-593-1600
1314 Jan 07 "North Eastern A" 914-593-1600
1019 Jan 10 "North Eastern A" 914-593-1600
1326 Jan 19 "North Eastern A" 914-593-1600
1008 Feb 25 "North Eastern A" 914-593-1600
1319 Feb 25 "North Eastern A" 914-593-1600
1025 Mar 02 "North Eastern A" 914-593-1600
1749 Mar 02 "North Eastern A" 914-593-1600
1035 Mar 03 "North Eastern A" 914-593-1600
1340 Mar 03 "North Eastern A" 914-593-1600
1819 Mar 03 "North Eastern A" 914-593-1600
1041 Mar 04 "North Eastern A" 914-593-1600
1414 Mar 04 "North Eastern A" 914-593-1600
1312 Mar 07 "North Eastern A" 914-593-1600
1326 Mar 08 "North Eastern A" 914-593-1600
1058 Mar 09 "North Eastern A" 914-593-1600
1544 Mar 09 "North Eastern A" 914-593-1600
1054 Mar 10 "North Eastern A" 914-593-1600
1918 Mar 14 "North Eastern A" 914-593-1600
1930 Mar 15 "North Eastern A" 914-593-1600
1458 Mar 18 "North Eastern A" 914-593-1600
1900 Mar 18 "North Eastern A" 914-593-1600
1551 Mar 21 "North Eastern A" 914-593-1600
1622 Mar 22 "North Eastern A" 914-593-1600
1132 Mar 23 "North Eastern A" 914-593-1600
1948 Mar 23 "North Eastern A" 914-593-1600
1933 Mar 24 "North Eastern A" 914-593-1600
1903 Mar 25 "North Eastern A" 914-593-1600
1928 Mar 28 "North Eastern A" 914-593-1600
1905 Mar 29 "North Eastern A" 914-593-1600
1955 Mar 30 "North Eastern A" 914-593-1600
1711 Mar 31 "North Eastern A" 914-593-1600
1911 Apr 01 "North Eastern A" 914-593-1600
1956 Apr 04 "North Eastern A" 914-593-1600
2007 Apr 04 "North Eastern A" 914-593-1600
2018 Apr 04 "North Eastern A" 914-593-1600
1958 Apr 05 "North Eastern A" 914-593-1600
2009 Apr 05 "North Eastern A" 914-593-1600
2020 Apr 05 "North Eastern A" 914-593-1600
```

**EXHIBIT "A"**

```
2031 Apr 05 "North Eastern A" 914-593-1600
1958 Apr 06 "North Eastern A" 914-593-1600
1544 Apr 07 "North Eastern A" 914-593-1600
1555 Apr 07 "North Eastern A" 914-593-1600
1606 Apr 07 "North Eastern A" 914-593-1600
1618 Apr 07 "North Eastern A" 914-593-1600
1622 Apr 08 "North Eastern A" 914-593-1600
1723 Apr 11 "North Eastern A" 914-593-1600
```

**BOLD** indicates a new number

**EXHIBIT "A"**